## Case No. 15,640.

UNITED STATES v. LUMPKIN.

[Nowhere reported; opinion not now accessible.]